# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL PAUL DILLARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:14cv90 |
| | § | |
| LOCAL SOCIAL SECURITY OFFICE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 12, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be dismissed for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, this case is dismissed for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this the 10th day of April, 2015.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE